CHARLES BACON, PLAINTIFF-RESPONDENT, v. ATLANTIC
CITY TRANSPORTATION COMPANY, RESPONDENT-
PETITIONER.

See same case below: 72 *N. J. Super.* 541.

*Messrs. Lloyd, Horn, Megargee & Steedle* for the peti-
tioner.

*Mr. Isaac C. Ginsburg* for the respondent.

April 30, 1962.

GERARD LEVIS, *ET AL.*, PLAINTIFFS-PETITIONERS, v.
GEORGE ZAPOLITZ, *ET AL.*, DEFENDANTS-RESPOND-
ENTS.

See same case below: 72 *N. J. Super.* 168.

*Messrs. Roskein, Kronisch, Felzenberg & Mandell* for the
petitioners.

*Mr. Michael Howard, Mr. William Osterweil* and *Mr.
Sidney D. Weiss* for the respondent.